UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

LAN UTILITIES ELECTRIC, INC.,            Case No.: 10-76780-ast

                                                       Chapter 7

                             Debtor.
-------------------------------------------------------------x
ALLAN B. MENDELSOHN as trustee of the
estate of LAN UTILITIES ELECTRIC, INC.,

                     Plaintiff,

         -against-                                  Adv. Pro. No.: 11-09413-ast

H. SCHACHT ELECTRICAL SUPPLIES, INC.,

                     Defendant.
-------------------------------------------------------------x

## **STIPULATION AND ORDER WITHDRAWING COMPLAINT**

WHEREAS, on September 27, 2011, Allan B. Mendelsohn, Esq., as the trustee of the estate of LAN Utilities Electric, Inc., the plaintiff (**"Plaintiff"**) herein, filed a complaint (**"Complaint"**) in the above captioned adversary proceeding against H. Schacht Electrical Supplies, Inc., the defendant (**"Defendant"**) herein, for the recovery of a alleged preference payments pursuant to sections 105, 547, 550, and 551 of Title 11 of the United States Code (the **"Bankruptcy Code"**); and

WHEREAS, on October 27, 2011, the Defendant filed an answer to the Complaint setting forth multiple affirmative defenses; and

WHEREAS, the Defendant has provided the Plaintiff with documentation in support of its affirmative defenses.

**IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES AND SO ORDERED THAT:**

1. The Plaintiff hereby withdraws the Complaint, with prejudice, in the above captioned adversary proceeding.

2. Each party shall bear its own costs and expenses associated with this action.

3. The Court shall retain jurisdiction over this Stipulation to enforce the terms contained herein and to determine any dispute that may arise hereunder.

| | |
|---|---|
| Dated: Huntington, New York<br>December 15, 2011 | Dated: Melville, New York<br>December 15, 2011 |
| The Law Offices of Avrum J. Rosen, PLLC<br>Attorneys for the Plaintiff | Macco & Stern, LLP<br>Attorneys for the Defendant |
| BY:   S/Fred S. Kantrow<br>Fred S. Kantrow<br>38 New Street<br>Huntington, New York 11743<br>631 423 8527<br>Fkantrow@avrumrosenlaw.com | BY:   S/Peter Corey<br>Peter Corey<br>135 Pinelawn Road<br>Suite 120 South<br>Melville, New York<br>631 549 7900<br>Pcorey@maccosternlaw.com |

**SO ORDERED**:



**Dated: December 16, 2011**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**